**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**


CHARLES HUDDLESTON                                                    PLAINTIFF

v.                                    Case No. 13-2112

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                        DEFENDANT


### JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the decision of the Administrative Law Judge is REVERSED, and this case is remanded to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS SO ADJUDGED this 14th day of April, 2014.


/s/ P. K. Holmes, III

P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE